**WO**

**KELLER ROHRBACK, P.L.C.**
ATTORNEYS AT LAW
NATIONAL BANK PLAZA, SUITE 900
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088   FAX (602) 248-2822

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **KEVIN BOLAND, et al.**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY, and AIMCO/BETHESDA HOLDINGS, INC.,**<br><br>    **Defendants.** | No. CV07-1370-PHX-JAT<br><br>**ORDER** |

Plaintiffs have filed a Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation (Doc. #23) and a Motion for Expedited Treatment of the motion to stay (Doc. #25).  The Defendants object to the stay.  The Court now rules on the motions.

On November 15, 2007, Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") requesting the transfer of this case and twenty-one other cases to the United States District Court for the District of

Columbia for consolidated or coordinated pretrial proceedings. Section 1407 of Title 28 of the United States Code authorizes the MDL Panel to transfer actions filed in more than one district involving one or more common questions of fact to a single court for coordinated or consolidated proceedings. A district court previously has denied class certification to Plaintiffs.

The Plaintiffs anticipate that the MDL Panel will rule on their motion at either the Panel's January or March hearing. The Court already has held a Rule 16 scheduling conference in this case and has set scheduling deadlines. The Court has considered the Plaintiffs arguments regarding judicial economy and efficiency, but given the procedural background of this case (as set out in Defendants' response) and the Court's interest in managing its own calendar, the Court will deny the motion to stay.

Accordingly,

IT IS ORDERED DENYING Plaintiffs' Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation (Doc. #23).

IT IS FURTHER ORDERED DENYING Plaintiffs' Motion to Expedite (Doc. #25) as moot.

Dated this 14th day of December, 2007.

James A. Teilborg
United States District Judge

2