WO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| KEVIN BOLAND, *et al.* | ) | |
| --- | --- | --- |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV 07-01370-PHX-JAT |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY, AND AIMCO / BETHESDA HOLDINGS, INC. | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This Court granted a partial Motion to Withdraw (Doc. #38) to Plaintiffs' attorneys Charles E. Tompkins, Joseph M. Sellers, Llezlie L. Green, and Ron Kilgard on March 5, 2008 (Doc. #41). The Court allowed those attorneys to withdraw as counsel for Joseph Butler and David Holder and other Plaintiffs. Perhaps not having received notice of that Order,[1] Plaintiffs' counsel filed a voluntary motion to dismiss pursuant to Rule 41(a)(2) on behalf of Plaintiffs Louis Belinger, Joseph Butler, and David Holder on March 6, 2008 (Doc. #40). Plaintiffs have indicated that Defendants have no objection to their Motion.

---

[1] At times, the date a judge actually signs an Order and the date that Order is docketed differ.

Given Defendants' lack of objection and the Court's finding of good cause, the Court will grant the voluntary motion to dismiss on behalf of Mr. Belinger. But because the Court granted the Motion to Withdraw regarding Mr. Butler and Mr. Holder before Plaintiffs' counsel filed the pending Motion to Dismiss, Plaintiffs' counsel no longer represents those Plaintiffs and the Court cannot grant the Motion filed on their behalf. Pro per Plaintiffs Butler and Holder will have to file a Motion to Dismiss on their own behalf if they wish to dismiss their claims against Defendants.

Accordingly,

IT IS ORDERED DENYING the Motion for Voluntary Dismissal (Doc. #40) with regard to Plaintiffs Butler and Holder.

IT IS FURTHER ORDERED GRANTING the Motion for Voluntary Dismissal (Doc. #40) with regard to Plaintiff Belinger.

Dated this 7th day of March, 2008.

_____
James A. Teilborg
United States District Judge