**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Boland; et al., | No. CV 07-1370-PHX-JAT |
| Plaintiffs, | **ORDER** |
| vs. | |
| Apartment Investment and Management Company; et al., | |
| Defendants. | |

Upon consideration of Plaintiffs' Unopposed Motion for Voluntary Dismissal (Doc. #62) pursuant to Federal Rule of Civil Procedure 41(a)(2) and good cause appearing therefor,

IT IS ORDERED GRANTING Plaintiffs' Motion to Voluntarily Dismiss Plaintiff Terry Bright (Doc. #62).

IT IS FURTHER ORDERED THAT Plaintiff Terry Bright is dismissed without prejudice, with each side to bear its own costs.

DATED this 10th day of October, 2008.

James A. Teilborg
United States District Judge